STATE OF IOWA, Appellee, v. LOTTIE CATRON, Appellant.

JANUARY 8, 1929.

*F. E. Northup*, for appellant.

*John Fletcher*, Attorney-general, and *Neill Garrett*, Assistant Attorney-general, for appellee.

EVANS, J.—This case has been fully argued. It appears, however, from the brief of the State that, since the filing of the brief for appellant, she has died. Though the method of imparting this information to us is somewhat irregular in form, no reason is apparent why the case should be longer carried upon our docket, or consideration be given thereto.

The appeal will be dismissed on our own motion.—*Dismissed.*

ALBERT, C. J., and STEVENS, FAVILLE, KINDIG, and WAGNER, JJ., concur.